GENOVA & MALIN
Attorneys for the Debtor
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Andrea B. Malin, Esq. (AM4424)
Michelle L. Trier, Esq. (MT1212)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------X
In re:

                                                           Chapter 11
THE POTTER HOUSE, INC.,                       Case No. 16-36948 (CGM)

                       Debtor.
------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING PLAN

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO THIRDS IN AMOUNT AND MORE THAN ONE HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO THIRDS IN THE AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN.  IN THE EVENT THE REQUISITE ACCEPTANCES ARE OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS REJECTING IT.  TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT.

The undersigned, a creditor of the above-named debtor in the unpaid principal amount of $_____,

(check one space)
_____ Accepts                     _____ Rejects

the Plan for the Reorganization of the above-named debtor dated May 15, 2017.

Print or type name:    _____

Signed:    _____

By:    _____

Address:    _____

                     _____

Date:    _____

**RETURN THIS BALLOT ON OR BEFORE OCTOBER 24, 2017 (via mail, fax (845) 298-1265, or email michelle_genmal@optonline.net)**